UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western ☐ St. Joseph<br>☐ Central ☐ Southern<br>☐ Southwestern | | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name (7) Patience L. Westmoreland
Alias Name
Birthdate 08/08/1994

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☐ No  if yes, original case number _____
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA Joseph Marquez

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☑ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts   1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute a controlled substance | 1 |
| 2 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date  6/22/2021          Signature of AUSA   /s/ Joseph Marquez