IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00152-01/09-CR-W-DGK |
| ) | |
| CHRISTOPHER R. STEPHENS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF INTERLINEATION**

On June 22, 2021, an Indictment was filed in this case (Doc. 3). In the Indictment, Defendant Christopher R. Stephens' last name was spelled correctly in the caption, but incorrectly as "Stevens" within the body of the Indictment. By stipulation of the parties, it is hereby

ORDERED that the Indictment is amended by interlineation to reflect the correct spelling of Defendant Stephens' last name.

Date: June 23, 2021

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE